THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT EDWARD, Appellant.

Submitted September 26, 2016; decided October 20, 2016

Motion for assignment of counsel granted and Seymour W. James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARY ANNE GRADY FLORES, Appellant.

Submitted September 19, 2016; decided October 20, 2016

Motion, pursuant to CPL 460.60 (3), to extend the time for argument or submission of the appeal and to continue the stay granted and stay continued until determination of the appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARLO S. HELMS, Respondent.

Submitted October 3, 2016; decided October 20, 2016

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the respondent on the appeal herein.